UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONEL JUAREZ, SALVADOR MARTINEZ, MAXIMO MARTINEZ LOPEZ, GERSON ALONSO COLALCO and BERNARDINO VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>AAGJ, INC. d/b/a/ JOYA RESTAURANT, RAYRAY THAI, INC. d/b/a NATIONAL THAI KITCHEN, ROSKO HOLDINGS, INC. d/b/a SONG THAI RESTAURANT, ANDREW JERRO and ARIEL APARICIO, Jointly and Severally,<br><br>Defendants. | Case No. 2:15-CV-06050-KAM-JO<br><br>**STIPULATION OF EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

**IT IS HEREBY STIPULATED, CONSENTED, AND AGREED**, by and between the undersigned counsel for all parties that Defendants AAGJ, INC. d/b/a/ JOYA RESTAURANT, RAYRAY THAI, INC. d/b/a NATIONAL THAI KITCHEN, ROSKO HOLDINGS, INC. d/b/a SONG THAI RESTAURANT, ANDREW JERRO and ARIEL APARICIO shall have through January 8, 2016 to answer, move, or otherwise respond to the Complaint in the above-captioned civil action.

Dated: New York, New York
   December 8, 2015

Brent E. Pelton, Esq.
pelton@peltonlaw.com
Taylor B. Graham, Esq.
graham@peltonlaw.com
PELTON & ASSOCIATES, P.C.
111 Broadway, Suite 901
New York, New York 100006
(212) 385-9700

*Attorneys for Plaintiffs and the Putative Class*

Dated: New York, New York
   December 8, 2015

Benjamin E. Stockman, Esq.
bestockman@venable.com
Nicholas M. Reiter, Esq.
nmreiter@venable.com
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
(212) 307-5500

*Attorneys for Defendants*