# SCOOLIDGE | KLEIMAN LLP

315 W 36th Street | New York, NY 10018

**Peter Scoolidge**
Partner
Peter@ScoolidgeLLP.com
(212) 913-9455

August 18, 2016

**VIA ECF**

Hon. James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Juarez et al. v. AAGJ, Inc. et al.*
2:15-cv-6050 (KAM) (JO)

## JOINT STATUS UPDATE

Dear Judge Orenstein:

    The parties respectfully submit this joint status update pursuant to the Court's July 18, 2016 Order. On August 15, 2016, the undersigned appeared on behalf of all defendants in this matter. (Dkt. No. 29). Plaintiffs' counsel has agreed to allow the undersigned a short period of time to complete the file transfer with outgoing counsel for the defense and to become familiar with the matter. Accordingly, the parties request that the Court grant a short adjournment and order a further status update in this matter to be filed on September 1, 2016.

Respectfully submitted,

Peter Scoolidge

cc: All counsel registered for electronic notification

Employment, Intellectual Property, Commercial
New York, NY